IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DENNIS DIFFER, #236 916, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:12cv065-WHA |
| | ) |
| M. SMITH, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On February 11, 2013, the Magistrate Judge entered a Recommendation (Doc. #34) that Plaintiff's Motion for Preliminary Injunction be denied. On February 27, 2013, the Plaintiff filed a motion (Doc. #35) which the Magistrate Judge construed as a motion to reconsider her Report and Recommendation and which the Magistrate Judge denied on March 6, 2013 (Doc. #36). Subsequent to that ruling, the Plaintiff has been allowed by the Magistrate Judge to amend the Complaint (Doc. #44). To the extent that any filings by the Plaintiff might be construed as objections to the Recommendation and the order denying the motion to reconsider that Recommendation, and in view of the pending amendment to the Complaint, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. Any objection to the Recommendation of the Magistrate Judge is DENIED.

2. Plaintiff's Motion for Preliminary Injunction (Doc. #33) is DENIED.

3. This case is returned to the Magistrate Judge for further action.

DONE this 15th day of April, 2013.

            /s/ W. Harold Albritton
            W. HAROLD ALBRITTON
            SENIOR UNITED STATES DISTRICT JUDGE