IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DENNIS DIFFER, #236916, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:12cv065-WHA |
| | ) |
| M. SMITH, | ) (WO) |
| | ) |
| Defendant. | ) |

**<u>FINAL JUDGMENT</u>**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendant, M. Smith, and against the Plaintiff, Dennis Differ, and this case is DISMISSED without prejudice.

DONE this 29th day of August, 2013.

         /s/ W. Harold Albritton
         W. HAROLD ALBRITTON
         SENIOR UNITED STATES DISTRICT JUDGE